# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiffs, | ) Case No. 2:16-cv-01319-GMN-GWF |
| vs. | ) **ORDER** |
| BOULDER RANCH MASTER ASSOCIATION, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Wolfe Thompson, Esq.'s Motion to Withdraw as Attorney for Defendant Homeowner Association Services, Inc. (ECF No. 43), filed on February 22, 2017. Defendant Boulder Ranch Master Association filed its Non-Opposition (ECF No. 46) on March 8, 2017. No other party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Wolfe Thompson, Esq.'s Motion to Withdraw as Attorney for Defendant Homeowner Association Services, Inc. (ECF No. 43) is **granted**.

**IT IS FURTHER ORDERED** that **Homeowner Association Services, Inc.** must retain new counsel if it intends to continue to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Homeowner Association Services, Inc. shall have until **April 10, 2017**, to advise the Court if it will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Defendant Homeowner Association Services, Inc. to the civil docket:

   **Homeowner Association Services, Inc.
   3513 E. Russell Road
   Las Vegas, NV 89120-2243**

2. Serve Defendant Homeowner Association Services, Inc. with a copy of this order at their last known address listed above.

DATED this 10th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge