ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**Hall, Jaffe & Clayton, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Boulder Ranch
Master Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>Plaintiff,<br><br>vs.<br><br>BOULDER RANCH MASTER ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC; VAL GRIGORIAN; DIANA ROZENBERG,<br><br>Defendants. | Case No.: 2:16-cv-01319-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE AND CONTINUE HEARING** |

Defendant Boulder Ranch Master Association, Defendants Val Grigorian and Diana Rozenberg and Plaintiff Bank of America, N.A., stipulate as follows:

1. Defendants Val Grigorian and Diana Rozenberg filed a Motion to Enforce Settlement Agreement and Motion for Attorneys' Fees and Costs on February 28, 2018. [ECF No. 56]

2. Plaintiff Bank of America, N.A. filed their opposition to Motion to Enforce Settlement March 14, 2018. [ECF No. 59]

3. The parties agree that the deadline for Boulder Ranch Master Association to file a response to Motion to Enforce Settlement [ECF No. 56] should be extended to Friday, March 16. 2018. Boulder Ranch Master Association requires additional time to prepare a response and this constitutes good cause.

4. The parties further agree that due to a scheduling conflict the hearing on the

Motion to Enforce scheduled for March 28, 2018 should be continued to a date and time after March 30, 2018.

| | |
|---|---|
| Dated: March 16, 2018.<br><br>HALL, JAFFE & CLAYTON, LLP<br><br>By: */s/Ashlie L. Surur*<br>Ashlie L. Surur, Esq. (NV 11290)<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Boulder Ranch Master Association* | Dated: March 16, 2018.<br><br>GREENE INFUSO, LLP<br><br>By: *Michael V. Infuso*<br>Michael V. Infuso, Esq. (NV 7388)<br>3030 S. Jones Blvd., Suite 101<br>Las Vegas, Nevada 89146<br>*Attorney for Val Grigorian and Diana Rozenberg* |
| Dated: March 16, 2018.<br><br>AKERMAN LLP<br><br>By: */s/Tenesa S. Scaturro, Esq.*<br>Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Tenesa S. Scaturro, Esq.<br>Nevada Bar No. 12488<br>1160 Town Center drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A.* | |

## **ORDER**

IT IS SO ORDERED.

DATED: 3/19/2018

_____
UNITED STATES MAGISTRATE JUDGE