MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br>v.<br><br>BOULDER RANCH MASTER ASSOCIATION; HOMEOWNER ASSOCIATION SERVICES, INC.; VAL GRIGORIAN; DIANA ROZENBERG,<br><br>Defendants. | Case No.: 2:16-cv-01319-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>[FIRST REQUEST] |

Plaintiff/Counter-defendant Bank of America, N.A. (**BANA**), Defendants/Counterclaimants Val Grigorian (collectively **Counterclaimants**), and Defendant Boulder Ranch Master Association (**HOA**), by and through their counsel of record stipulate as follows:

1. Counterclaimants filed their motion to enforce settlement agreement and for attorney's fees and costs on February 28, 2018. [ECF No. 56]. BANA filed its response to counterclaimant's motion on March 14, 2018 [ECF No. 59]. Counterclaimants filed their reply on March 23, 2018. [ECF 65].

2. The Motion was heard before Magistrate Judge George Foley, Jr. on April 2, 2018, a minute order was issued requiring the parties to file supplemental briefs to the motion. [ECF 67].

. . .

. . .

1

3. The parties hereby stipulate and agree to an extension of the time to file supplemental briefing. The new deadline to file supplements to the motion to enforce shall be **April 16, 2018**.

4. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

| **AKERMAN LLP**<br><br>/s/ Tenesa Powell<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Bank of America, N.A.* | **GREENE INFUSO, LLP**<br><br>/s/ Michael Infuso<br>MICHAEL V. INFUSO, ESQ.<br>Nevada Bar No. 7388<br>3030 South Jones Boulevard, Suite 101<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Val Grigorian and Diana Rozenberg* |
|---|---|
| **HALL, JAFFE & CLAYTON, LLP**<br><br>/s/ Ashlie Surer<br>ASHLIE L. SURUR, ESQ.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br><br>*Attorneys for Boulder Ranch Master Association* | |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/16/2018