# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A., )
)
          Plaintiff, )    Case No.: 2:16-cv-01319-GMN-GWF
)
   vs. )
)         **ORDER**
BOULDER RANCH MASTER )
ASSOCIATION; HOMEOWNER )
ASSOCIATION SERVICES, INC.; VAL )
GRIGORIAN; and DIANA ROZENBERG, )
)
         Defendants. )
_____ )

     Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge George Foley, Jr., (ECF No. 73), which states that Defendants Val Grigorian and Diana Rozenberg's Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs, (ECF No. 56), be granted.

     A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation

where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 73), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that:

1. Bank of America shall pay Grigorian and Rozenberg $29,721.15;

2. Boulder Ranch Master Association shall pay Grigorian and Rozenberg the sum of $2,500.00;

3. Within 15 business days of Grigorian and Rozenberg's receipt of the payments from Bank of America and Boulder Ranch, they shall execute and deliver a quitclaim deed of their right, title and interest in the residential property to Bank of America;

4. Grigorian and Rozenberg and Bank of America shall take all required steps to recover the $37,778.85 in abandoned funds from the Office of the Nevada State Treasurer;

5. The parties shall file a status report within 60 days after the date of this Order regarding their efforts to obtain the abandoned funds from the Office of the Nevada State Treasurer.

**DATED** this _22_ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court